## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    **vs.**               **: CASE NO.  CR-1-00-070(02)**

**ANTONIO BLAIR,**

        **Defendant.**


## SATISFACTION OF CRIMINAL IMPOSITION


        The judgment imposition in the above-entitled case having been paid, the Clerk of the

United States District Court for the Southern District of Ohio is hereby authorized and

empowered to cancel said judgment of record.

                    GREGORY G. LOCKHART
                    United States Attorney


                    s/Deborah F. Sanders
                    DEBORAH F. SANDERS  #0043575
                    Assistant United States Attorney
                    303 Marconi Blvd., Suite 200
                    Columbus, Ohio 43215
                    (614) 469-5715